# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2020

160009

FARM BUREAU INSURANCE COMPANY,
Subrogee of JEFF FURNESS, FREDRIC
WILSON, KENNY MALBURG'S
LANDSCAPING, INC., and TIMOTHY
DEMARAY, and PIONEER MUTUAL
INSURANCE COMPANY, Subrogee of JAY D.
FERGUSON, AMANDA FERGUSON, D & R
HENNE FARMS, INC., and DOROTHY
WALTON and LYNN WALTON, d/b/a
WALTON FARMS, and HASTINGS MUTUAL
INSURANCE COMPANY, Subrogee of JAMES
T. YOUNG, SHELLY YOUNG, MARVIN HILL,
LOIS HILL, CLIFFORD C. KESSLER, and
SHIRLEY KESSLER,
            Plaintiffs-Appellants,

v

TNT EQUIPMENT, INC.,
            Defendant,

and

EMPLOYERS MUTUAL CASUALTY
COMPANY,
            Defendant-Appellee.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC:  160009
COA:  343307
Sanilac CC:  16-036858-NZ

On order of the Court, the application for leave to appeal the June 20, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2020



a0323                                                                                       Clerk